■ In the Matter of Kevin J. Brinkworth, an Attorney.—Resignation accepted and name stricken from roll of attorneys. Present—Marsh, P. J., Cardamone, Simons, Hancock, Jr. and Witmer, JJ.